# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

WARREN SKILLERN, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　Plaintiff, )
　　　　　　　　　　　　　　　　　　　　　)
v. ) Case No. CV411-121
　　　　　　　　　　　　　　　　　　　　　)
Federal Judge LISA WOOD, )
*et. al.*, )
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)
　　　　Defendants. )

## REPORT AND RECOMMENDATION

Warren Skillern has filed yet another in a long series of 42 U.S.C. § 1983 complaints, this time naming thirteen federal judges (or their estates) as defendants. (Docs. 1 & 2.) He seeks leave to proceed *in forma pauperis* ("IFP") but he is barred from doing so under 28 U.S.C. § 1915(g)'s "three strikes" provision.[1] In order to satisfy § 1915(g)'s exception for cases where a prisoner is under imminent danger of serious

---

[1] He is listed as a party in 191 separate cases and has exceeded the statutorily permitted three strikes by a wide margin. *See, e.g., Skillern v. Georgia Dep't of Corr.*, No. CV202-064 (N.D. Ga. Sept. 4, 2002) (dismissed for failure to state a claim); *Skillern v. Gault*, No. CV202-028 (N.D. Ga. Apr. 19, 2002) (dismissed for failure to state a claim); *Skillern v. Valente*, No. CV202-166 (N.D. Ga. Nov. 19, 2002) (dismissed as frivolous).

physical injury, Skillern once again asserts that he will suffer a heart attack should he be denied IFP status. (Doc. 1 at 1-2.) The Court rejects that claim for the same reasons explained in *Skillern v. Jackson*, No. CV606-049, doc. 3 at 5 (S.D. Ga. May 19, 2006) (noting that the contention lacked any surface plausibility and did not demonstrate "even a remote possibility that he is in imminent danger of serious physical injury"). Since Skillern is barred from proceeding IFP and has not submitted the required $350 filing fee, this case should be **DISMISSED**.

**SO REPORTED AND RECOMMENDED** this  19th  day of May, 2011.

_/s/ G.R. Smith_
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA